**Dismiss and Opinion Filed July 28, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01319-CV

### DANA AND CHRISTOPHER SHEARIN AND/OR ALL OCCUPANTS OF 3920 PILOT DRIVE, PLANO, TEXAS 75025, Appellants
### V.
### WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE MLMI TRUST, SERIES 2005-FFH1, Appellee

**On Appeal from the County Court at Law No. 4
Collin County, Texas
Trial Court Cause No. 004-01581-2014**

## MEMORANDUM OPINION

Before Justices Fillmore, Myers, and Evans
Opinion by Justice Evans

Appellants' brief was due May 9, 2015. By letter dated May 12, 2015, the Court notified appellants that their brief was overdue. We directed appellants to file, within ten days, their brief and an extension motion. We warned that failure to do so would result in dismissal of the appeal. To date, appellants have neither filed their brief nor communicated with the Court regarding their appeal. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(c).

/David W. Evans/
DAVID EVANS
JUSTICE

141319F.P05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

DANA AND CHRISTOPHER SHEARIN
AND/OR ALL OCCUPANTS OF 3920
PILOT DRIVE, PLANO, TEXAS 75025,
Appellants

No. 05-14-01319-CV      V.

WELLS FARGO BANK, N.A., AS
TRUSTEE FOR THE MLMI TRUST,
SERIES 2005-FFH1 Appellee

On Appeal from the County Court at Law
No. 4, Collin County, Texas
Trial Court Cause No. 004-01581-2014.
Opinion delivered by Justice Evans, Justices
Fillmore and Myers participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal. We **ORDER** that appellee Wells Fargo Bank, N.A, as Trustee for the MLMI Trust Series 2005-FFH1 recover its costs of this appeal from appellants Dana And Christopher Shearin and/or All Occupants of 3920 Pilot Drive, Plano, Texas 75025.

Judgment entered this 28th day of July, 2015.